# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CASSANDRA CHAN,**
Appellant,

v.

**HUMANE SOCIETY OF ST. LUCIE COUNTY,** and **JULIA SHEEHAN, DVM,**
Appellees.

No. 4D22-850

[April 13, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 2021CA000529.

Marcy I. LaHart of Marcy I. LaHart PA, Micanopy, for appellant.

Daniel S. Weinger and Jermaine K. Jackson of Luks, Santaniello, Petrillo, Cohen & Peterfriend, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***